MEMO ENDORSED          MEMO ENDORSED

# FISHER & BYRIALSEN P.L.L.C.



August 6, 2015

FISHER & BYRIALSEN P.L.L.C.

99 Park Avenue, PH Floor
New York, New York 10016

Tel. (212) 962-0848
Fax (212) 577-1178

**By ECF and Fax**
Honorable Naomi R. Buckwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/07/2015

David N. Fisher ◊
Jane H. Fisher-Byrialsen ∆
Kaitlin F. Nares ◊

Admitted in NY, CO & NJ ◊
Admitted in NY, MD & DC ∆

Re: <u>Tommy Simmon v. City of New York et al.</u>, 15CV3489(NRM)

Your Honor:

    I am counsel for Plaintiff Tommy Simmon. On June 4, 2015, the Parties submitted a joint request to stay this matter pending the open investigations conducted by the Bronx District Attorney's Office and the Inspector General's Office regarding the incident underlying the Complaint. On June 8, 2015, the Court endorsed this request and the case has since been stayed.

    The Parties now seek to update the Court within the first 60 days of the stay regarding the status of the joint investigation conducted by the Bronx District Attorney's Office and the Inspector General's Office. The investigations are being coordinated by Assistant District Attorney David Baumwoll of the Investigations Division and Rackets Bureau. He has indicated to Plaintiff's counsel that the investigation is still ongoing as the Bronx District Attorney's Office and the Inspector General's Office is continuing to interview witnesses and review discovery from New York City Department of Corrections. ADA Baumwoll estimates that the joint investigation will conclude within two months.

    It is therefore, respectfully requested that the case continued to be stayed pending the above mentioned investigations. The Parties will further update the Court regarding the status of the pending investigations within 60 days of this date.

*So Ordered.*

*Naomi Reice Buchwald,*
*USDJ*
*8/6/15*

MEMO ENDORSED

FISHER & BYRIALSEN P.L.L.C. | 99 Park Avenue, PH Floor New York, New York 10016 | Tel. (212) 962-0848 | Fax (212) 577-1178

Thank you for your consideration in this regard.

                    Respectfully submitted,

                    /s/

                    Kaitlin F. Nares Esq.
                    Fisher & Byrialsen PLLC
                    99 Park Avenue 26th Floor
                    New York, New York 10016
                    (212)962-0848 Ext 6

Cc: Jenny Weng
    Senior Counsel
    Special Federal Litigation Division
    (by ECF)