# FISHER & BYRIALSEN P.L.L.C.



RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD

DEC - 4 2015

UNITED STATES COURT JUDGE

## MEMO ENDORSED

December 4, 2015

FISHER & BYRIALSEN P.L.L.C.

99 Park Avenue, Fri Floor
New York  New York 10016
Tel (212) 962-0848

4600 S. Syracuse Str. 9° F.
Denver, Colorado 80237
Tel (303) 256-6345

**By ECF and Facsimile ((212) 805-7927)**
Honorable Naomi R. Buckwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/15**

David N. Fishero
Jane H. Fisher-Byrialsend
Kaitlin F. Nares

Admitted in NY, CO & NJ
Admitted in NY, CO, MD & DCL

Re  Tommy Simmon v  City of New York et al., 15CV3489(NRM)
**Third Joint Status Letter**

Your Honor:

I am counsel for Plaintiff Tommy Simmon. On June 4, 2015, the Parties submitted a joint request to stay this matter pending the open investigations conducted by the Bronx County District Attorney's Office, the Inspector General's Office and Investigation Division of NYPD regarding the incident underlying the Complaint  On June 8, 2015, the Court endorsed this request. Joint Status Letters were subsequently submitted to the Court on August 6, 2015 and October 5, 2015 respectively, indicating that the above agencies had not completed their investigations. The case has since been stayed

The Parties seek to update the Court on this matter. On November 28, 2015, Assistant District Attorney David Baumwoll of the Bronx County District Attorney's Office alerted the Parties via email of the following "Our investigation will take us into the January, but I do not anticipate it taking us into February." The other two agencies have not concluded their investigation as of **MEMO ENDORSED** this date.

It is therefore, respectfully requested that the case continue to be stayed pending the above mentioned investigations  The Parties will further update the Court regarding the status of the pending investigations within 60 days of this date.

*Application granted*

*Naomi Reice Buchwald,
USDJ
12/7/15*

Thank you for your consideration in this regard

Respectfully submitted,

/s/

Kaitlin F. Nares Esq
Fisher &Byrialsen PLLC
99 Park Avenue 26th Floor
New York, New York 10016
(212)962-0848 Ext 6

Cc  Jenny Weng
    Senior Counsel
    Special Federal Litigation Division
    (by ECF)