# FISHER & BYRIALSEN P.L.L.C.



MEMO ENDORSED

MEMO ENDORSED

February 9, 2016

By ECF and Facsimile ((212) 805-7927)
Honorable Naomi R. Buckwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2016

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
FEB -9 2016
UNITED STATES COURT JUDGE

FISHER & BYRIALSEN P.L.L.C.
99 Park Avenue, PH Floor
New York, New York 10016
Tel: (212) 962-0848

4600 S. Syracuse St, 9th Fl,
Denver, Colorado 80237
Tel: (303) 256-6345

David N. Fisher ◊
Jane H. Fisher-Byrialsen ∆
Kaitlin F. Nares ◊

Admitted in NY, CO & NJ ◊
Admitted in NY, CO, MD & DC ∆

Re: <u>Tommy Simmon v. City of New York et al.</u>, 15CV3489(NRM)
**Fourth Status Letter**

Your Honor:

    I am counsel for Plaintiff Tommy Simmon. On June 4, 2015, the Parties submitted a joint request to stay this matter pending the open investigations conducted by the Bronx County District Attorney's Office, the Inspector General's Office and Investigation Division of NYPD regarding the incident underlying the Complaint. On June 8, 2015, the Court endorsed this request. Joint Status Letters were subsequently submitted to the Court on August 6, 2015 and October 5, 2015 respectively, indicating that the above agencies had not completed their investigations. On November 28, 2015, Assistant District Attorney David Baumwolld of the Bronx County District Attorney's Office alerted the Parties via email of the following: "Our investigation will take us into the January, but I do not anticipate it taking us into February." On December 4, 2015 Your Honor granted a 60 day continuance of the stay.

    Today, February 9, 2016, David Baumwolld contacted me to indicate that his investigation is completed and that his supervisors are reviewing his file to make a final recommendation. He indicated that this final recommendation would be made in 30 days.

    It is therefore respectfully requested that the case continue to be stayed for 30 days at which point both parties in this matter will make a final status update to the Court regarding the Bronx DA's final investigation results and the Parties' efforts in obtaining a copy of the file.

So Ordered.
/s/ Naomi Reice Buchwald
USDJ
2/11/16

**MEMO ENDORSED**

Thank you for your consideration in this regard.

                                                     Respectfully submitted,

                                                           /s/

                                                   Kaitlin F. Nares Esq.
                                                 Fisher & Byrialsen PLLC
                                                 99 Park Avenue 26th Floor
                                                 New York, New York 10016
                                                 (212)962-0848 Ext 6

Cc: Jenny Weng
    Senior Counsel
    Special Federal Litigation Division
    (by ECF)