COURTESY COPY

ZACHARY W. CARTER
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MATTHEW BRIDGE
*Assistant Corporation Counsel*
Phone (212) 356-2347
Fax (212) 788-9776
mbridge@law.nyc.gov

July 8, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/11/16

**BY E.C.F.**
Honorable Naomi R. Buchwald
United States District Judge
Unites States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

JUL 08 2016
UNITED STATES COURT JUDGE

Re:  Tommy Simmon v. City of New York, et al.
     15 Civ. 3489 (NRB)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney for defendant City of New York in the above-referenced matter. Defendant submits this joint letter on behalf of both parties to provide an update on the status of the investigation into the incident alleged in the Amended Complaint, and to respectfully request that the Court extend the stay in this matter an additional sixty days, until September 6, 2016.

    By Order dated May 10, 2016, the Court granted the parties' request to stay this matter until July 8, 2016 because the Investigation Division of the New York City Department of Correction still has an active and open investigation into the incident alleged in the Amended Complaint (Docket Entry No. 21). That investigation is still ongoing.

    Accordingly, the parties respectfully request that the Court extend the stay in this matter an additional sixty days, until September 6, 2016, to allow the Investigation Division of the Department of Correction to conclude its investigation. Should the parties learn that this agency has concluded its investigation prior to September 6th, the parties will promptly notify the Court.

*So Ordered.*

*Naomi Buchwald*
*USDJ*

7/11/16

On behalf of both parties, Defendant City thanks the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Matthew Bridge
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **BY E.C.F.**
Kaitlin Fleur Nares, Esq.
*Attorney for Plaintiff*