# Fisher & Byrialsen, P.L.L.C.

www fblaw org
CO: (303) 256-6345

Attorneys At Law
Denver Office
4600 S. Syracuse Street
9th Floor
Denver, CO 80237

New York Office
99 Park Avenue
PH Floor
New York, NY 10016

David Fisher*
Jane Fisher-Byrialsen^
Kaitlin Nares*

*Admitted in NY, NJ, CO
^Admitted in NY, MD, DC, CO

October 4, 2018

**VIA ECF**
Naomi Reice Buchwald
United States District Judge
500 Pearl St.
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/16/18

Re:   Tommy Simmons v. City of New York et al. 15cv03489(NRB)
      Joint Letter Motion Requesting 90-Day Extension of All Discovery Deadlines

Honorable Buchwald,

The parties jointly request a 90-day extension of all fact and expert discovery deadlines. The current fact discovery deadline is October 19, 2018. To date, the parties have conducted depositions of Defendants Aladin, Catalanotto, and Myers. Plaintiff's deposition is scheduled to continue on November 15, 2018. A Fed.R.Civ.P. 30(b)(6) deposition will be scheduled after outstanding issues involving NYC DOC's use of force investigations is resolved by the Court after *in camera* review. It is therefore respectfully requested that the Court extend the fact discovery deadline to January 17, 2019 and the expert discovery deadline extended to April 19, 2019.

*So Ordered*
Rice Buchwald,
USDJ
10/16/18

Respectfully submitted,

/S/Kaitlin F. Nares, Esq.
Kaitlin F. Nares, Esq.
Fisher & Byrialsen, PLLC
99 Park Avenue 26th Floor
New York, New York 10016
O: 303-256-6345
C: 770-595-3216
E: Kaitlin@fblaw.org